1 | **Stephen G. Contopulos (SBN 050317)**
    scontopulos@sidley.com
2 | **Frank J. Broccolo (SBN 210711)**
    fbroccolo@sidley.com
3 | **Johari N. Townes (SBN 252369)**
    jtownes@sidley.com
4 | **SIDLEY AUSTIN LLP**
    **555 West Fifth Street, Suite 4000**
5 | **Los Angeles, California  90013-1010**
    **Telephone: (213) 896-6000**
6 | **Facsimile: (213) 896-6600**

7 | **Attorneys for Defendants Barney Hoskyns and Random House, Inc.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT COHEN, an individual, | Case No. CV09-04400 R (PLAx) |
| Plaintiff, | Assigned to: Hon. Manuel L. Real |
| vs. | **JUDGMENT OF DISMISSAL AND AWARD OF ATTORNEYS' FEES AND COSTS** |
| BARNEY HOSKYNS, an individual; RANDOM HOUSE, INC., a New York corporation, | |
| Defendants. | |

# JUDGMENT

On November 2, 2009, the Special Motion to Strike filed by Defendants Random House, Inc. ("Random House") and Barney Hoskyns (collectively, the "Defendants") to dismiss Plaintiff Herbert Cohen's ("Plaintiff's") complaint in its entirety was granted.

On November 16, 2009, Defendants filed a Motion for Attorneys' Fees (the "Fees Motion"), which was heard on January 4, 2010. The Court granted Defendants' Fees Motion, and awarded to Defendants from Plaintiff attorneys' fees and costs in the amount of $223,314.85.

NOW, THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that Plaintiff recover nothing from Defendants, that the action is dismissed in its entirety as to Defendants with prejudice; and that Defendants Random House, Inc. and Barney Hoskyns are awarded attorneys' fees and costs in the amount of $223,314.85 from Plaintiff Herbert Cohen.

Dated: January 21, 2010   _____

Hon. Manuel L. Real

Respectfully submitted by:

SIDLEY AUSTIN LLP
Stephen G. Contopulos
Frank J. Broccolo
Johari N. Townes

By: /s/ Stephen G. Contopulos
    Stephen G. Contopulos
    Attorneys for Defendants Barney
    Hoskyns and Random House, Inc.

LA1 1701038v.1

1